FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 11, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KIMBERLY M., <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | NO: 1:24-CV-3089-RMP <br><br> ORDER GRANTING STIPULATED MOTION FOR REMAND |

BEFORE THE COURT is the parties' Stipulated Motion to Remand pursuant to sentence four of 42 U.S.C. § 405(g). ECF No. 11. Plaintiff Kimberly M.[1] is represented by attorney Cory J. Brandt. The Commissioner of Social Security is represented by Special Assistant United States Attorney Erin F. Highland.

After consideration, **IT IS HEREBY ORDERED** that the parties' Stipulated Motion for Remand, **ECF No. 11**, is **GRANTED**. Plaintiff's Opening Brief, **ECF No. 9**, is **DENIED AS MOOT**.

---

[1] The Court uses Plaintiff's first name and last initial to protect her privacy.

ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 1

Pursuant to the parties' stipulation, the Commissioner's final decision is **reversed and remanded** under sentence four of 42 U.S.C. §405(g). *See* ECF No. 11 at 1–2. On remand, the Appeals Council will refer the case to an Administrative Law Judge ("ALJ") with instructions to:

- Reevaluate the medical opinions under 20 C.F.R. § 416.920c utilizing the "supportability" and "consistency" factors, as defined in 20 C.F.R. § 416.920c(c)(1)-(2);
- Continue with the sequential evaluation process and reevaluate the claimant's Residual Functional Capacity; and
- Offer the claimant the opportunity for a hearing, take further action to complete the administrative record resolving the above issues, and issue a new decision.

*See id.*

Upon proper presentation, this Court will consider Plaintiff's application for attorney's fees under 28 U.S.C. §§ 1920, 2412(d).

**IT IS SO ORDERED.** The District Court Clerk is directed to enter this Order, provide copies to counsel, enter judgment in favor of Plaintiff, and **close the file**.

**DATED** October 11, 2024.

        *s/ Rosanna Malouf Peterson*
        ROSANNA MALOUF PETERSON
        Senior United States District Judge